UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Civil No. 07-21888-JORDAN-TORRES

BORUCH SANDHAUS,   )
                   )
    Plaintiff and Counter-   )      **CLOSED CIVIL CASE**
    claim Defendant,   )
                   )
v.                 )
                   )
UNITED STATES OF AMERICA,   )
                   )
    Defendant and   )
    Counterclaimant.   )

### ORDER GRANTING
### JOINT MOTION TO STAY PROCEEDINGS
### AND ADMINISTRATIVELY CLOSING CASE

The Joint Motion to Stay Proceedings (DE 19) is GRANTED. All proceedings, including any discovery and all deadlines, are stayed pending the resolution of <u>United States of America v. Boruch Sandhaus and Mark Gray</u>, 1:08cv244 (USDC E.D. NY). The parties shall file an agreed stipulation based on the outcome of the pending New York action, within thirty days of a final determination, after all appeals, if any, are final. Given that nothing else of substance will take place in this case, this case is administratively closed. *

DONE AND ORDERED in chambers in Miami, Florida, this 10th day of ~~March~~ June, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to: All counsel of record

* According to the parties' motion, the New York case will be completely dispositive of the claims in this case. It is therefore unclear why this case should not simply be dismissed.